IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN ZAPATA, an individual and as an assignee;<br><br>Plaintiff,<br><br>vs.<br><br>PETE RICKETTS, Governor of the State of Nebraska; and DOUG PETERSON, Attorney General for the State of Nebraska;<br><br>Defendants. | 4:17CV3076<br><br>**ORDER** |

IT IS ORDERED:

1) Plaintiff's motion to continue, (Filing No. 11), is granted.

2) Plaintiff's response to Defendants' motion to dismiss shall be filed on or before October 10, 2017.

August 11, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge